# Exhibit A



City/State/Zip Code  Find            MyPanera Sign In | Join Now

**Menu Items** — Food & Nutrition   **Our Beliefs** — Food As It Should Be   **Gift Cards** — Give Good Taste   **Panera at Home** — Rethink Homemade™   **My Panera** — Profile & Rewards

Explore Bagels & Spreads ▾






## Blueberry Bagel

Freshly baked bagel made with a mix of wild and cultured blueberries baked inside.

**Nutrition** | **Full Nutrition Details**                                                                 Nutrition Information

| 330 | 1g | 430mg | 68g | 2g | 11g |
|---|---|---|---|---|---|
| Calories | Total Fat | Sodium | Total Carb | Fiber | Protein |

**Detailed Ingredients**
Enriched Flour (Wheat Flour, Malted Barley Flour, Niacin, Reduced Iron, Thiamine Mononitrate, Riboflavin, Folic Acid), Water, Blueberry Flavored Bites (Sugar, Enriched Wheat Flour [Wheat Flour, Niacin, Iron, Thiamine Mononitrate, Riboflavin, Folic Acid], Blueberry Solids, Sunflower Oil, Wheat Starch, Dextrose, Colored With Fruit Juice, Natural Flavor, Sodium Bicarbonate), Brown Sugar, Infused Dried Blueberries (Wild Blueberries, Cane Sugar, Natural Flavor, Citric Acid, Sunflower Oil), Salt, Dough Improver (Malted Wheat Flour, Enriched Wheat Flour [Niacin, Reduced Iron, Thiamine Mononitrate, Riboflavin, Folic Acid], Inactivated Yeast, Acerola Extract, Fungal Enzymes), Yeast (Yeast, Sorbitan Monostearate, Ascorbic Acid). Less

**Allergens**
Contains Wheat.

# Exhibit B



# Exhibit C



FRESH BAGELS

<BACK

Wheat Flour, Water, Organic Blueberries (10%), Sugar, Bagel Base [Sugar, Enriched Wheat Flour, Malted Barley Flour, Emulsifier (Mono- and Diglycerides), Wheat Gluten, Firming Agent (Calcium Sulfate), Antioxidant (Ascorbic Acid), Salt, Enzymes], Black Currant Syrup, Wheat Gluten, Yeast, Lemon Zest, Vinegar, Iodised Salt, Dough Conditioner [Wheat Flour, Firming Agent (Calcium Sulfate), Salt, Enzymes (Contains Wheat)], Acidity Regulator (Calcium Acetate).

# Exhibit D



Target / Grocery / Bakery & Bread / Bagels & Muffins
## Blueberry Bagels - 5ct - Archer Farms™
Shop all Archer Farms

only at ⊙  ★☆☆☆☆ 1

Shipping to 10016
not available

Out of stock in stores near you
Not sold
at Manhattan Herald Square ⑦

Check all stores

Help us improve this page

### Similar items

     

see store for price | see store for price | see store for price | see store for price | see store for price | $3.29

Show more (6)

### About this item

Details | Label info | Shipping & Returns | Q&A

Serving Size: 99 g
Serving Per Container: 5
Amount Per Serving

Calories: 260

| | % Daily Value* |
|---|---|
| Calcium | 4% |
| Calories From Fat 25Cal | |
| Cholesterol 0mg | 0% |
| Dietary Fiber 3g | 12% |
| Iron | 15% |
| Protein 8g | |
| Saturated Fat 0g | 0% |
| Sodium 450mg | 19% |
| Sugars 7g | |
| Total Carbohydrate 52g | 17% |
| Total Fat 2.5g | 4% |
| Trans Fat 0g | |
| Vitamin A | 0% |
| Vitamin C | 0% |

* Percentage of Daily Values are based on a 2,000 calorie diet.

#### Ingredients:

Enriched Wheat Flour (Wheat Flour, Malted Barley Flour, Niacin, Reduced Iron, Thiamin Mononitrate, Riboflavin, Folic Acid), Water, Dried Blueberries (Blueberries, Sugar, Sunflower Oil), Cornmeal, Dextrose, Salt, Vegetable Oil (Canola Oil Or Soybean Oil), Wheat Gluten, Yeast, Natural Flavor, Dough Conditioners (Monoglycerides, Enzymes), Preservatives (Calcium Propionate, Sorbic Acid, Potassium Sorbate).

#### Allergens & Warnings:

CONTAINS WHEAT, MAY CONTAIN SOY AND EGG

# Exhibit E

Explore Pastries & Sweets ▼





## Blueberry Muffin with Fresh Blueberries

Freshly baked muffin with fresh blueberries, topped with turbinado sugar.

**Nutrition** | **Full Nutrition Details**                                                           **Nutrition Information**

| 460 | 18g | 380mg | 69g | 1g | 6g |
|---|---|---|---|---|---|
| Calories | Total Fat | Sodium | Total Carb | Fiber | Protein |

  

**Detailed Ingredients**
Muffin Dough (Enriched Wheat Flour [Flour, Malted Barley Flour, Niacin, Iron, Thiamine Mononitrate, Riboflavin, Folic Acid], Sugar, Water, Soybean Oil, Eggs, Lemon Peel (Lemon Peel, Water, Citric Acid [Preservative]), Corn Starch-Modified, Leavening [Baking Soda, Monocalcium Phosphate, Sodium Acid Pyrophosphate], Natural Buttermilk Flavor, Natural Vanilla Flavor, Nonfat Milk, Salt), Fresh Blueberries, Turbinado Sugar.  Less

**Allergens**
Contains Egg, Milk, Wheat. May Also Contain Soy From Processing Of Items On Equipment That Contain Soy.

