UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE IZQUIERDO, *individually and on behalf of all others similarly situated*,<br><br>    Plaintiff,<br><br>                            v.<br><br>PANERA BREAD COMPANY, a/k/a ST. LOUIS BREAD CO.,<br><br>    Defendant. | CIVIL ACTION NO. 18-cv-12127-DAB |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 1.4, Defendant Panera LLC ("Defendant"), through the undersigned counsel, respectfully moves the Court for an Order withdrawing the appearance of Emily A. Beer of Foley & Lardner LLP as attorney for Plaintiff. Eileen R. Ridley, Anne B. Sekel, and Nicole M. Marschean of Foley & Lardner LLP will continue to represent Defendant.

Dated: New York, New York
       July 19, 2019

By: /s/ *Emily A. Beer*
    Anne B. Sekel
    Emily A. Beer
    Nicole M. Marschean
    FOLEY & LARDNER LLP
    90 Park Avenue
    New York, New York 10016
    Tel: (212) 338-3417
    Fax: (212) 687-2329

    Eileen R. Ridley (admitted *pro hac vice*)
    FOLEY & LARDNER LLP
    555 California St., 17th Floor
    San Francisco, CA 94104
    Tel: (415) 438-6469
    Fax: (415) 434.4507

    *Attorneys for Defendant Panera LLC*

2

IT IS SO ORDERED.

Dated: July __, 2019

                                                                            _____
                                                                                Hon. Deborah A. Batts, U.S.D.J.