# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

November 25, 2020

**VIA ECF**

The Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 11/30/2020

      Re:   *Izquierdo v. Panera Bread Company*
           18-cv-12127-VSB

Dear Judge Broderick:

      We are counsel to Plaintiff in the above-captioned action. We write, with Defendant's agreement, to request that the Court place a stay on discovery. The parties have agreed to mediate their dispute and are presently working out the details of the mediation. Thus, we do not believe that proceeding with discovery at this juncture would be an optimal use of the parties' resources. We propose that the parties provide the Court with a status update by February 1, 2021.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:   All parties via ECF