```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOSE IZQUIERDO,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :        18-CV-12127 (VSB)
              -against-                                     :
                                                            :            ORDER
PANERA BREAD COMPANY.,                                      :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

It has been reported to the Court that this case has been settled. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and with prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: March 18, 2021
New York, New York

*Vernon Broderick* (signature)

Vernon S. Broderick
United States District Judge